UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SILVIA RIVERA ALVARADO; et al.,<br><br>Petitioners,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 22-1947<br><br>Agency Nos.<br>A208-923-829<br>A208-923-830<br><br>ORDER |

The motion (Docket Entry No. 16) to reopen this administratively closed petition for review is granted. This case will proceed.

The opening brief is due November 17, 2025. The answering brief is due January 16, 2026. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT